**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X

ALBACEILB MARKS,

        Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS; MEDICAL STAFF,
PA, NURSES ET AL.; NEW YORK CITY
DEPARTMENT OF CORRECTIONS
WATCH COMMANDER; TOUR
COMMANDER; CAPTAINS ET AL.,
NEW YORK CITY DEPARTMENT OF
CORRECTIONS CORRECTIONAL
OFFICERS

        Defendants.
―――――――――――――――――――――X

**Civil Judgment**

08 Civ. 3638 (KMW)

By order dated April 16, 2008, plaintiff was directed to file an amended complaint with this Court within 60 days. The Clerk of Court sent plaintiff a copy of the order to plaintiff's last known address, but it was returned as undeliverable on April 29, 2008. Plaintiff has not communicated with the Court, nor can the Court locate him. Since plaintiff has failed to file an amended complaint as specified or otherwise prosecute this action it is,

ORDERED, ADJUDGED AND DECREED: That the complaint is dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

SO ORDERED.

*[signature: Kimba M. Wood]*

KIMBA M. WOOD
Chief Judge

Dated: JUL 0 7 2008
New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.

2